USAO #081527\vgom

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | Crim. No. 09-4 |
| EDWARD COBB | : | 18 U.S.C.§§ 2, 924(c)(1)(A)(ii); 1951(a)&(b)(1). |

## I N F O R M A T I O N

The defendant, having waived in open court prosecution by indictment, and any defense based upon the statute of limitations, the Acting United States Attorney for the District of New Jersey charges:

### COUNT 1

1. In or about September 2003, in Morris County, in the District of New Jersey, and elsewhere, defendant

EDWARD COBB

knowingly and willfully conspired and agreed with others to commit robbery, that is, to unlawfully take and obtain personal property, from the person and in the presence of the occupants of a residence, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person and property, which robbery would obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce.

In violation of Title 18, United States Code, Sections 1951(a) and (b)(1).

## COUNT 2

2. In or about October 2003, in Bergen County, in the District of New Jersey, and elsewhere, defendant

EDWARD COBB

knowingly and willfully conspired and agreed with others to commit robbery, that is, to unlawfully take and obtain personal property, from the person and in the presence of the occupants of a residence, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person and property, which robbery would obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce.

In violation of Title 18, United States Code, Sections 1951(a) and (b)(1).

**COUNT 3**

3. Between in or about September 2003, through in or about at least October 2003, in Morris County, in the District of New Jersey, and elsewhere, defendant

EDWARD COBB

knowingly and willfully carried, brandished, and used, and aided and abetted the use, carrying, and brandishing of a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, conspiracy to interfere with interstate commerce by robbery, as alleged in Counts 1 and 2.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii); and Title 18, United States Code, Section 2.

*[signature]*
RALPH J. MARRA, JR.
Acting United States Attorney