PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. EDWARD COBB                                    Docket No. 09 CR 004

### Petition for Action on Conditions of Pretrial Release

COMES NOW **JENNIFER PACE**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Edward Cobb**, who was placed under pretrial release supervision by the **Honorable Joseph A. Greenaway** sitting in the Court at **2 Federal Square, Newark, New Jersey**, on **January 5, 2009** under the following conditions:

1. $10,000 Unsecured Appearance Bond
2. Pretrial Services Supervision

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **that the defendant surrender his passport to Pretrial Services and not apply for new travel documents; travel restricted to New Jersey unless otherwise approved by Pretrial Services; he is not to possess any firearms or dangerous weapons.**

ORDER OF COURT

Considered and ordered this 2nd day of April, 2009 and ordered filed and made a part of the records in the above case.

Joseph A. Greenaway
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2009

Jennifer A. Pace
U.S. Pretrial Services Officer