

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

PAUL J. FISHMAN
United States Attorney

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

Phone:        973-645-2725
Fax: 973-645-3497

*Vincent.omalley2@usdoj.gov*
*V. Grady O'Malley*
*Senior Litigation Counsel*

July 11, 2014

Hon. Stanley R. Chesler
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention:  Theresa Trivino, Deputy Clerk

    Re:   United States v. Edward Cobb (09-004)(SRC)
              <u>Application for an Extension</u>

Dear Ms. Trivino:

    Please find attached an Application and Order for an extension of time to surrender, and for the submission of additional motions for the above captioned defendant.

    Thank you for your attention to this matter.

                                      Very truly yours,

                                      PAUL J. FISHMAN
                                      United States Attorney

                  By:   V. Grady O'Malley
                         Sr. Litigation Counsel

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| | : | |
| v. | : | |
| | : | Crim. No. 2009-004(SRC) |
| EDWARD COBB | : | |

This matter having come before the Court, on July 9, 2014, concerning Defendant Edward Cobb, through his counsel (DeCotiis, FitzPatrick & Cole, LLP); and where, on or about September 11, 2011, the defendant Cobb was sentenced to a term of incarceration and ordered to surrender to a designated Federal Correction facility; and,

Since 2011, Mr. Cobb's surrender date has been postponed on several occasions to accommodate various medical procedures; presently, there are additional medical procedures to be scheduled, as well as what appears to be the emergence of a newly discovered medical problem; and,

The Court having reviewed these newly emerging medical issues; and, the United States having consented to the entry of this Order; and, for good cause shown;

It is on this ____ day of July 2014

**ORDERED** that the defendant's surrender date of July 18, 2014 is hereby extended for 90 days to October 10, 2014; thereafter the defendant Cobb shall report to his designated facility on or about October 14, 2014, unless further extended by this Court; and,

It is **FURTHER ORDERED** that, should the defendant believe that his medical condition is irreparable, and his entire term of incarceration should be further reviewed, then any

2

submission for such a review must be filed with this Court within 90 days of the date of this ORDER, with the United States being given an opportunity to challenge said application; and,

It is **FURTHER ORDERED** that the defendant shall submit to any reasonable medical examination(s) at the request of the Government.

_____
HON. STANLEY R. CHESLER, U.S.D.J.