

**LAW OFFICES**
**DECOTIIS**
DeCotiis, FitzPatrick & Cole, LLP

NEW YORK
NEW JERSEY

GLENPOINTE CENTRE WEST
500 FRANK W. BURR BOULEVARD, SUITE 31
TEANECK, NEW JERSEY 07666

**DIRECT**
ALFRED C. DECOTIIS, ESQ.
ADECOTIIS@DECOTIISLAW.COM
201.907.5217

TELEPHONE: (201) 928-1100
TELEFAX:     (201) 928-0588
WWW.DECOTIISLAW.COM

June 10, 2015

***Via CM/ECF Filing and Regular Mail***
Honorable Stanley R. Chesler, U.S.D.J.
United States District Court, District of New Jersey
Frank R. Lautenberg U.S.P.O.
  Courthouse Building, Room 305
Federal Square
Newark, NJ 07101

        Re:    **United States v. Edward Cobb**
                  **Docket No. 09-CR-00004**

Dear Judge Chesler:

      Please be advised that we hereby must withdraw our pending Motion to Extend Defendant's Surrender Date Due to Ongoing Medical Conditions and, in the Alternative, to Vacate or Amend his Sentence Pursuant to Section 2255, or Issuance of a Writ of Audita (E-Filed Doc. Nos. 28, 28-1, 28-2), filed on October 16, 2014. We further withdraw our request for the hearing that was to be held on June 17, 2015. Lastly, we will be filing an application to be relieved as counsel of record in this matter forthwith.

                                      Respectfully submitted,

                                      **DeCotiis, FitzPatrick & Cole, LLP**

                                      By:   */s/ Alfred C. DeCotiis*
                                                Alfred C. DeCotiis

cc:    A.U.S.A V. Grady O'Malley – via e-mail and regular mail



1797459v1